**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **ROSEMARY S. HUNTER,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | No. 1:26-cv-02167-GBW-SCY |
| | § | |
| **ANDREW MCGUIRE, et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |
| | § | |
| | § | |

**ENTRY OF APPEARANCE**

Ian S. Carrillo of the law firm Rodey, Dickason, Sloan, Akin and Robb, PA, hereby enters his appearance on behalf of Third-Party Defendant Fidelity Management Trust Company in this matter.

Dated: September 2, 2026

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *___/s/ Ian S. Carrillo___*

Melanie B. Stambaugh
Kara B. Murphy
Ian S. Carrillo
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
mstambaugh@rodey.com
kmurphy@rodey.com
icarrillo@rodey.com
*Attorneys for Third-Party Defendant Fidelity Management Trust Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which caused all participants and counsel of record be served, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By * /s/ Ian S. Carrillo*
Ian S. Carrillo