**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| ROSEMARY S. HUNTER, | § | |
| Petitioner, | § | |
| v. | § | |
| ANDREW MCGUIRE et al, | § | |
| Defendants. | § | Case No. 1:26-cv-2167 |
| --------------------------------- | § | |
| ANDREW MCGUIRE et al, | § | |
| Third-Party Plaintiffs. | § | |
| v. | § | |
| FIDELITY MANAGEMENT TRUST COMPANY, | § | |
| Third-Party Defendant. | § | |

**SECOND NOTICE OF STIPULATED TIME EXTENSION TO FILE RESPONSIVE PLEADING**

Third Party Plaintiffs Andrew McGuire, Rachel Ellsworth, and David McGuire ("Third Party Plaintiffs") and Defendant Fidelity Management Trust Company ("Fidelity") hereby give notice that they have agreed to extend the time for Fidelity to answer or otherwise respond to the Third Party Complaint against Fidelity ("Third Party Complaint").

Under this agreement, Fidelity, without waiver of any rights or defenses, shall have until **September 11, 2026**, to move, answer, or otherwise respond to the Third Party Complaint.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *“Electronically Filed” /s/ Kara B. Murphy*

Melanie B. Stambaugh
Kara B. Murphy
Ian S. Carrillo
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
mstambaugh@rodey.com
kmurphy@rodey.com
icarrillo@rodey.com

*Attorneys for Defendant Fidelity Management Trust Company*

-and-

By: *Electronically Approved on 9/4/26 by the Third Party Plaintiffs*