**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 17 2026
ERIK PALTROW
CLERK

**ROSEMARY S. HUNTER.**
**Petitioner,**

**26 cv 2167-MLG-SCY**

**v.**

**ANDREW McGUIRE,**
**RACHEL ELLSWORTH,**
**And**
**DAVID McGUIRE,**
**Defendants**

**DEFENDANT'S MOTION TO DISMISS**
**FOR FAILURE TO PROSECUTE**

COMES NOW Andrew McGuire, *pro se*, and pursuant to Rule 4(m) of the Rules of Civil Procedure, hereby move for dismissal of Rosemary Hunter's Petition to Invalidate Beneficiary Designation of Fidelity Account for Eugene McGuire because she has failed to serve this Defendant within 90 days of the filing of her petition.

Civil Rule 4 (m) "Time Limit for Service" states in part, **"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time...."** (emphasis added).

Mrs. Hunter's petition against this Defendant and the other defendants was filed in the Second Judicial District Court on June 17, 2026. On July 6, 2026, the case was removed to federal court." When a state court action is removed to federal court, the removal is treated as if the original action had been commenced in federal court. Resolution Trust Corp. v. Bayside

Developers, 43 F.3d 1230, 1239 (9th Cir.1994). Thus, for purposes of calculating the 90 days allowed for in Rule 4(m), the start date is June 17, 2026.

As of September 16, 2026, the Plaintiff/Petitioner Rosemary S. Hunter has not filed any affidavits attesting to service of this or any other Defendant. In fact, none of the Defendants have been served. In short, more than 90 days have passed since the filing of the Petition and no Defendant has been served; therefore, pursuant to Rule 4(m), Mrs. Hunter's case must be dismissed.

Rule 4(m) also states, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." However, this provision is plainly inapplicable here because Mrs. Hunter *has not even attempted to serve any Defendant*. In fact, not only did Mrs. Hunter fail to request the issuance of a summons for each Defendant when the case was in the State Court; since the case was removed to this Court, Mrs. Hunter has not requested the issuance of a summons for any Defendant.

In other words, more than 90 days have passed from the date of the filing of Mrs. Hunter's petition against her deceased husband's children, and she has not even taken *the first step* towards serving them – obtaining summons from the clerk's office. See Local Rule 4.1 ("A party must prepare the summons on a form available from the Clerk."). That shows the total absence of good cause.

**WHEREFORE** Defendant Andrew McGuire respectfully prays for an order from this Court dismissing Rosemary Hunter's Petition and awarding costs and fees to this Defendant.

I ask for this:

/s/ Andrew McGuire

Andrew McGuire, *pro se*
3204 Pope Street SE
Washington, DC 20020
United States
Phone number: 2024946114

Pursuant to D.N.M.LR-Civ. 7.1(a), this Defendant conferred with Plaintiff's counsel on September 15, 2026 regarding possible consent to this motion. On September 15, 2026, Plaintiff's counsel indicated that his client not consent and would oppose the motion.

/s/ Andrew McGuire

Andrew McGuire, *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on the _16th __ day of ___September___, 2026, I served a true copy of the forgoing, by U.S. Mail and email, on the following:

Rosemary S. Hunter
c/o
Matthew I. Barceleau, Esq.
2701 Arizona St NE
Albuquerque, NM 877110
mbarceleau@newmexicolegalgroup.com

Melanie B. Stambaugh, Esq.
Kara B. Murphy, Esq.
Ian Carrillo, Esq.
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Counsel for Fidelity Management Trust Co.
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
mstambaugh@rodey.com
kmurphy@rodey.com

Rachel Ellsworth
220 TIOGA ST
JOHNSTOWN, PA 15905-2435
girliemac14@gmail.com

Kurt A. Sommer, Esq.
Attorney for Rachel Ellsworth, Defendant
2000 Old Pecos Trail
Santa Fe, NM 87505
email: kurts@sommerudall.com

David McGuire, *pro se*
5581 N PASEO PESCADO
TUCSON, AZ 85718-5127
Davidmcguire116@comcast.net

/s/ Andrew McGuire

Andrew McGuire

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW MEXICO**

**IN THE MATTER OF THE ESTATE OF**
**EUGENE JOSEPH MCGUIRE, DECEASED**

---

**ROSEMARY S. HUNTER,**
**Petitioner,**

**26 cv 2167-MLG-SCY**

**v.**

**ANDREW McGUIRE,**
**RACHEL ELLSWORTH,**
**And**
**DAVID McGUIRE,**
**Defendants**

ORDER (Proposed)

UPON CONSIDERATION OF Defendant Andrew McGuire's Motion to Dismiss for Failure to Prosecute, any opposition thereto, and the entire record, it is this _____ day of _________, 2026 hereby:

ORDERED: that Defendant Andrew McGuire's Motion to Dismiss for Failure to Prosecute be and is hereby GRANTED;

And

IT IS FURTHER ORDERED: that the Petition of Rosemary S. Hunter against Defendants be and is hereby DISMISSED WITHOUT PREJUDICE.

_____________________________

JUDGE MATTHEW L. GARCIA

TO CLERK, CIVIL DIVISION
US DISTRICT COURT
333 LOMAS BLVD NW
STE 270
ALBUQUERQUE NM 87102
(202) 111-1111 REF:
INV:
PO: DEPT:

FedEx Express

E

J261026012001uv

TRK# 0201 8772 9388 6128

THU - 17 SEP 10:30A
PRIORITY OVERNIGHT

XX ONMA

87102
NM-US ABQ

En... pe...
Recycle me

4888 THU 09/17 07:41
US DISTRICT COURT
333 LOMAS BLVD NW
STE 270
ALBUQUERQUE NM
PRIORITY OVERNIGHT
527-5036
87102 E
ETP: E
SP-HD:100:Y

FedEx