**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ROSEMARY S. HUNTER,

Plaintiff,

vs. Civ. No. 26-2167 GBW/SCY

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Defendants,

and

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Counter-Plaintiffs,

vs.

ROSEMARY S. HUNTER,

Counter-Defendant,

and

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Third-Party Plaintiffs,

vs.

FIDELITY MANAGEMENT TRUST COMPANY,

Third-Party Defendant.

**RESPONSE TO THIRD-PARTY DEFENDANT FIDELITY MANAGEMENT TRUST COMPANY'S MOTION TO STRIKE OR DISMISS**

Third-Party Plaintiff Rachel Ellsworth, through her attorneys at Sommer Udall Law Firm, P.A., responds to Third-Party Defendant Fidelity Management Trust Company's ("FMTC") motion to strike or dismiss as follows.

Ms. Ellsworth does not oppose FMTC's motion subject to the following conditions: (1) FMTC's dismissal is without prejudice to Ms. Ellsworth's ability to seek discovery from or assert claims against FMTC in a separate proceeding if necessary to protect her interests in the disputed IRA assets; (2) FMTC remains subject to any final order or judgment regarding the proper distribution of the IRA assets; (3) the dismissal does not operate as a release of FMTC from liability to Ms. Ellsworth for any wrongful conduct related to the IRA; and (4) Ms. Ellsworth reserves all rights to seek costs, attorney's fees, or other relief from FMTC or any other party as may be authorized by law or contract.

Dated: September 24, 2026

Respectfully submitted,

SOMMER UDALL LAW FIRM, P.A.

By: <u>*/s/ Kurt A. Sommer*</u>
Kurt A. Sommer
2000 Old Pecos Trail
Santa Fe, NM 87505
Facsimile: (505) 988-7029
Phone: (505) 982-4676
Email: kurts@sommerudall.com
Attorney for Rachel Ellsworth, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, I filed the foregoing electronically through the CM/ECF system, causing all parties or counsel to be served.

SOMMER UDALL LAW FIRM, P.A.

By: */s/ Kurt A. Sommer*
Kurt A. Sommer