**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ROSEMARY S. HUNTER,

Plaintiff,

vs. Civ. No. 26-2167 GBW/SCY

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Defendants,

and

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Counter-Plaintiffs,

vs.

ROSEMARY S. HUNTER,

Counter-Defendant,

and

ANDREW MCGUIRE; RACHEL ELLSWORTH; and DAVID MCGUIRE,

Third-Party Plaintiffs,

vs.

FIDELITY MANAGEMENT TRUST COMPANY,

Third-Party Defendant.

**ENTRY OF APPEARANCE**

Pursuant to Fed. R. Civ. P. 5 and D.N.M.LR-Civ. 83.4, Sommer Udall Law Firm, P.A. (Trei Gilpin) hereby enters an appearance on behalf of Rachel Ellsworth, Defendant in the above-captioned matter. The undersigned attorney certifies that he is a member in good standing of the

Federal Bar of the District of New Mexico and is a Registered Participant in the District's CM/ECF system as required by D.N.M.LR-Civ. 83.4.

Dated: September 25, 2026

Respectfully submitted,

SOMMER UDALL LAW FIRM, P.A.

By: *\/s/ Trei R. Gilpin*
Trei R. Gilpin
2000 Old Pecos Trail
Santa Fe, NM 87505
Facsimile: (505) 988-7029
Phone: (505) 982-4676
Email: treig@sommerudall.com
Attorney for Rachel Ellsworth, Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a true and correct copy of the foregoing Entry of Appearance was served via the Court's CM/ECF system on all registered participants.

SOMMER UDALL LAW FIRM, P.A.

By: */s/ Trei R. Gilpin*
Trei R. Gilpin