**UNITED STATES DISTRICT COURT**

**for the**

**DISTRICT OF NEW MEXICO**

**THE MATTER OF THE ESTATE OF**
**EUGENE JOSEPH MCGUIRE, DECEASED**

---

**ROSEMARY S. HUNTER**
**Petitioner,**

**v.** **26cv2167-GBW-SCY**

**ANDREW McGUIRE,**
**RACHEL ELLSWORTH,**
**And**
**DAVID McGUIRE,**
**Defendants**

**CERTIFICATE OF SERVICE**

I CERTIFY that Petitioner's *Petition to Invalidate Beneficiary Designations of Fidelity Account for Eugene Joseph McGuire* was served on Counsel for Defendant Rachel Ellsworth, Trei Gilpin, via email at treig@sommerudall.com on October 12, 2026.

Respectfully submitted,

NEW MEXICO LEGAL GROUP, P.C.

*/s/ Matthew I. Barceleau*

Matthew I. Barceleau
Attorney for Petitioner
2701 Arizona St NE
Albuquerque, NM 87110
(505) 843-7303
mbarceleau@newmexicolegalgroup.com

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was uploaded for filing through the PACER system. Upon filing, an endorsed copy of the same will be served through the PACER system to service contacts. An endorsed copy of same will be mailed to all *Pro* Se parties entitled to notice.

*/s/ Matthew I. Barceleau*
Matthew I. Barceleau