**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEW MEXICO**

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 15 2026
ERIK PALTROW
CLERK

**ROSEMARY S. HUNTER,**
**Petitioner,**

**26 cv 2167-~~GBW~~-SCY** MLG

**v.**

**ANDREW McGUIRE, et al.,**
**Defendants.**

**DEFENDANT ANDREW MCGUIRE'S REPLY TO ROSEMARY S. HUNTER'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

COMES NOW Andrew McGuire, *pro se*, and in reply to Rosemary Hunter's opposition [Doc. 33] to the motion to dismiss for failure to prosecute, states as follows:

The Plaintiff claims removal was "improper," but Plaintiff has intentionally mis-read 28 U.S. Code § 1446 (b) (1). A party may request removal of a state court action "within 30 days after the *receipt* by the defendant, through service *or otherwise*, of a copy of the initial pleading setting forth the claim for relief…." On June 24, 2026, this Defendant "received" a copy of the Petition by hiring a court runner to pull a copy from the Second Judicial Court's clerk's office. By doing this, he was not "served" nor could he be absent a summons. But his receipt of a copy of the Petition did allow him to move for the removal of this matter to the federal court within 30 days from June 24, 2026 – which he did. (Plaintiff offers no other complaints regarding the propriety of the removal).

Plaintiff claims that the start date for the counting of the 90 days allowed for in Rule 4(m) is the date the case was removed (July 6, 2026). This is not legally correct - when a state court action is removed to federal court, the removal is treated as if the original action had been

commenced in federal court. Resolution Trust Corp. v. Bayside 2 Developers, 43 F.3d 1230, 1239 (9th Cir.1994).

But even if Plaintiff was correct, by Plaintiff's own calculation, she had to have served the Defendants on or before October 5th. The docket makes clear that a summons was not issued for either Andrew McGuire or David McGuire until October 9, 2026, and neither Defendant has been served as of today. The docket does not show that *any* summons has been issued for Defendant Rachel Ellsworth, yet Plaintiff filed a "Certificate of Service" claiming that she emailed the Petition to Mrs. Ellsworth's lawyers on October 12th. So we are way past the 90 day deadline under Rule 4 (m) even if we use Mrs. Hunter's numbers, and Plaintiff hasn't even tried to show good cause why (or even ask for) and extension of time.

WHEREFORE Defendant Andrew McGuire respectfully prays for an order from this Court dismissing Rosemary Hunter's Petition for her failure to prosecute, and awarding costs and fees to Defendants.

I ask for this:

/s/ Andrew McGuire

Andrew McGuire, *pro se*
3204 Pope Street SE
Washington, DC 20020
United States
Phone number: 2024946114

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on the _14th ___ day of October 2026, I served a true copy of the forgoing, by U.S. Mail and email, on the following:

Melanie B. Stambaugh, Esq.
Kara B. Murphy, Esq.
RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.
Counsel for Fidelity Management
Trust Co.
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
mstambaugh@rodey.com
kmurphy@rodey.com

Rosemary S. Hunter
c/o
Matthew I. Barceleau, Esq.
2701 Arizona St NE
Albuquerque, NM 877110
mbarceleau@newmexicolegalgroup.com

Kurt A. Sommer, Esq.
Attorney for Rachel Ellsworth,
Defendant
2000 Old Pecos Trail
Santa Fe, NM 87505
email: kurts@sommerudall.com

Rachel Ellsworth
220 TIOGA ST
JOHNSTOWN, PA 15905-2435
girliemac14@gmail.com

David McGuire, *pro se*
5581 N PASEO PESCADO
TUCSON, AZ 85718-5127
Davidmcguire116@comcast.net

/s/ Andrew McGuire

Andrew McGuire

ORIGIN ID:VJIA (202) 618-3461
ANDREW PHILIP MCGUIRE

1809 20TH ST NW #52

WASHINGTON, DC 20009
UNITED STATES US

SHIP DATE: 14OCT26
ACTWGT: 0.25 LB
CAD: 6754852/SSF02701

BILL CREDIT CARD

Part # 156297-435 RRDB2 EXP 06/26

TO CLERK, CIVIL DIVISION
US DISTRICT COURT
333 LOMAS BLVD NW STE 270

ALBUQUERQUE NM 87102
(202) 618-3461 REF:
INV:
PO: DEPT:

FedEx
Express

E

J261026012001uv

THU - 15 OCT 5:00P
STANDARD OVERNIGHT

TRK# 0201 3841 7884 0176

XX ONMA

87102
NM-US ABQ

527-8574
ETP:3
SP:PD:100:Y
4866 THU 10/15 07:19
333 LOMAS BLVD NW
ALBUQUERQUE NM

nvelope
ecycle me.