**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROSEMARY S. HUNTER,

Petitioner,

v.

ANDREW MCGUIRE,
RACHEL ELLSWORTH,
and
DAVID MCGUIRE,

Defendants

---

ANDREW MCGUIRE,
RACHEL ELLSWORTH,
and
DAVID MCGUIRE,

Third-Party Plaintiffs,

v.

FIDELITY MANAGEMENT
TRUST COMPANY,

Third-Party Defendant.

Case No. 1:26-cv-02167-MLG-SCY

**THIRD PARTY DEFENDANT FIDELITY MANAGEMENT TRUST COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant Fidelity Management Trust Company, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1(a)(2), provides the Court with the following disclosure:

1. Fidelity Management Trust Company's parent corporation is FMTC Holdings LLC. FMTC Holdings LLC is wholly owned by FMR LLC.

2. FMTC Holdings LLC is not publicly held, and there is no publicly held corporation that owns 10% or more of FMTC Holdings LLC's membership interests.

3. Fidelity Management Trust Company is a Massachusetts corporation with a principal place of business in Boston, Massachusetts.

Dated: October 15, 2026

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *"Electronically filed" /s/ Kara B. Murphy*

Melanie B. Stambaugh
Kara B. Murphy
Ian S. Carrillo
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
mstambaugh@rodey.com
kmurphy@rodey.com
icarrillo@rodey.com

*Attorneys for Defendant Fidelity Management Trust Company*